IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY JAMES MURPHY,

          Petitioner,           No. CIV S-03-1046 FCD GGH P

   vs.

A.A. LAMARQUE, et al.,

          Respondents.      <u>ORDER</u>

_____/

          On December 23, 2004, respondent filed an answer but failed to lodge the relevant transcripts.

          Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, respondent shall lodge the relevant transcripts.

DATED: 5/27/05

                         /s/ Gregory G. Hollows

                        _____
                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

ggh:kj
mur1046.fil

1