IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY JAMES MURPHY,

        Petitioner,                      No. CIV S-03-1046 FCD GGH P

    vs.

A. A. LAMARQUE, Warden,

        Respondent.                <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Sometime after February 19, 2004, petitioner filed a petition for writ of habeas corpus in the California Supreme Court in order to exhaust the claim raised in the instant petition. (Second Am. Pet. at 2.) That petition was denied on September 1, 2004. (<u>Id.</u>) Neither the petition filed in the California Supreme Court nor the decision thereon have been lodged in this court. The court finds that these documents are necessary to a determination of this action. Accordingly, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, petitioner will be directed to lodge the petition for writ of habeas corpus and September 1, 2004 decision within fourteen days.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from
2  the date of this order petitioner shall lodge in this court the exhaustion petition filed in the
3  California Supreme Court and the September 1, 2004 decision thereon.
4  DATED: 11/8/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:8
murph1046.o